FILED

**NOT FOR PUBLICATION**

SEP 08 2015

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TOMAS LOPEZ-MEZA, | No. 14-73874 |
| Petitioner, | Agency No. A099-473-569 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Immigration Judge

Submitted August 25, 2015**

Before:     McKEOWN, CLIFTON, and HURWITZ, Circuit Judges

Tomas Lopez-Meza, a native and citizen of Honduras, petitions for review

of the immigration judge's reasonable fear determination.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

In the answering brief, respondent requests remand for further analysis and explanation of the immigration judge's decision. We agree the current immigration judge decision lacks sufficient explanation to permit our review.

**REMANDED directly to the immigration judge.**